# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

| | |
|---|---|
| **GERARD VANDER VELDE,**<br>    Plaintiff,<br><br>v.<br><br>**AMERICAN STRATEGIC INSURANCE CORP.**<br>    Defendant. | **CASE NO. 2:23-cv-01050-JLB-NPM** |

## JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiff, Gerard Vander Velde, and the Defendant, American Strategic Insurance Corp., hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: March 8, 2024

Respectfully Submitted,

*/s/ John A. Unzicker, Jr.*
John A. Unzicker, Jr.
Florida Bar No. 320366
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500
F: 504-603-0730
junzicker@nt-lawfirm.com
*Attorneys for Defendant*
And

*/s/ Larry A. Strauss*
Larry A. Strauss
Florida Bar No.: 654671
**GED Lawyers, LLP**
7171 North Federal Highway
Boca Rotan, Florida 33487
Telephone: (561) 995-1966
Facsimile: (561) 241-0812
pdlitlaw@gedlawyers.com
lstrauss@gedlawyers.com
jwomack@gedlawyers.com
*Attorney for Plaintiff, Gerard Vander Velde*

2